UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAIME FRANCES RYAN,<br><br>             Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. CV-19-061-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that he Commissioner's decision is REVERSED, and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent herewith.

     Dated this 30th day of October 2020.

                                   TYLER P. GILMAN, CLERK

                                   By: /s/ Heidi Gauthier
                                   Heidi Gauthier, Deputy Clerk